1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SOFRANAC, ROBIN CANALE, and RICARDO MENDOZA, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>IFIT INC., a Delaware corporation, and iFIT Health & Fitness Inc, a Delaware corporation,<br><br>   Defendants. | Case No. 3:22-cv-05205-VC<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUANCE OF INITIAL RULE 16 SCHEDULING CONFERENCE**<br><br>**SUBMITTED SEPARATELY: [*STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUANCE OF INITIAL RULE 16 SCHEDULING CONFERENCE (L.R. 6-1(b), 6-2 and 7-12)*]**<br><br>Hon. Vince Chhabria |

[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT, SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND CONTINUANCE OF INITIAL RULE 16 SCHEDULING CONFERENCE

Complaint Served: 9/15/2022
Original response date: 11/14/2022
New response date: 11/21/2022

The Court, having considered the Parties' Stipulation to extend time to respond to Plaintiffs' complaint, setting the briefing schedule for Defendants' motion to compel arbitration and continuance of Initial Rule 16 Scheduling Conference, and good cause appearing therefor,

**HEREBY ORDERS** as follows:

1.  Defendants' deadline to respond to Plaintiffs' Complaint currently set for November 14, 2022 is continued to November 21, 2022.

2.  The briefing schedule for Defendants' forthcoming motion to compel arbitration or transfer venue as Defendants' initial responsive pleading to Plaintiffs' Complaint is set as follows:

    a.  Plaintiffs' deadline to file and serve their opposition to Defendants' forthcoming motion to compel arbitration or transfer venue is December 23, 2022.

    b.  Defendants' deadline to file and serve their reply in support of their motion to compel arbitration or transfer venue is January 13, 2022.

3.  The Initial Rule 16 Scheduling Conference currently scheduled for December 14, 2022 is continued to ___February 8___, 2023, so

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT,
SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND CONTINUANCE OF INITIAL RULE 16 SCHEDULING CONFERENCE

1   Defendants' forthcoming motion to compel arbitration or transfer venue
2   be heard before the Initial Rule 16 Scheduling Conference.
3       4.  The Parties' Pretrial Scheduling Order currently due to be filed on or
4   before December 7, 2022 is continued to _____February 1, 2023_____, so
5   Defendants' forthcoming motion to compel arbitration or transfer venue
6   be heard before the Pretrial Scheduling Order must be filed.
7
8   Dated:   November 14, 2022
9   _____
10  HON. VINCE CHHABRIA, DISTRICT JUDGE



[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT,
SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND CONTINUANCE OF INITIAL RULE 16 SCHEDULING CONFERENCE